UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21191-CIV-UNGARO/SIMONTON

DENISE CATASUS,

    Plaintiff,

v.

BELLSOUTH TELECOMMUNICATIONS, INC.,

    Defendant.
_____/

## ORDER TAXING COSTS

Presently pending before the Court is Defendant Bellsouth Communications, Inc.'s Bill of Costs (DE # 32).  This matter has been referred to the undersigned Magistrate Judge (DE # 34).

Defendant seeks recovery of three items.  The first is $350.00 that it expended as the filing fee to remove this case from state court to federal court.  Pursuant to 18 U.S.C. § 1920, this $350.00 filing fee for removal is a taxable cost.  *See Magaldi v. Safeco Ins. Co of America*, 2009 WL 1851102, 07-80618-CIV-DTKH, DE # 86 at 6 (S.D. Fla. Jun. 29, 2009).  Next, Defendant seeks $75.00 that it expended in the pro hac vice fee for attorney Robert E. Thomas, Jr., which is not a taxable cost pursuant to 18 U.S.C. § 1920.  *See Magaldi*, 2009 WL 1851102, DE # 86 at 7 (S.D. Fla. Jun. 29, 2009).  Finally, Defendant seeks $341.25 for the court-ordered mediation fee, which is also not a taxable cost under 18 U.S.C. § 1920.  *See James v. Wash Depot Holdings, Inc.*, 242 F.R.D. 645, 649 (S.D. Fla. 2007).

Pursuant to Fed. R. Civ. P. 54(d), effective December 1, 2009, the court may tax costs on 14 days' notice.  The party against whom costs are taxed may file a motion for review of this action within the next 7 days.  Thus no motion and memorandum of law is required to support a Bill of Costs, and costs may be awarded 14 days following the

filing of the Bill of Costs.  Within 7 days after the entry of an Order taxing costs, the party against whom costs are taxed may file a motion and memorandum of law challenging the imposition of costs.  At that point, the party seeking costs may submit a memorandum of law justifying the costs for which it seeks reimbursement.

Therefore, it is hereby

**ORDERED AND ADJUDGED** that $350.00 in costs are taxed in favor of Defendant Bellsouth Communications, Inc., and against Plaintiff Denise Catasus.

**DONE AND ORDERED** in chambers in Miami, Florida on March 16, 2010.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
The Honorable Ursula Ungaro,
    United States District Judge
All counsel of record